IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRNA LIM,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendant.<br>_____/ | No. C 09-5083 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motion to Dismiss without leave to amend, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 4, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5083\Judgment.wpd